**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ANTONIO JERMAIN WATSON; DANNY             PLAINTIFFS
RAY BLAKE; and THERMAN MOORE

v.                      No. 3:05CV00083 JLH/HDY

POINSETT COUNTY JAIL                                DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiffs' Complaint (docket entry #2) be DISMISSED WITHOUT PREJUDICE.

DATED this __7th__ day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE